

NUMBER 13-13-00196-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

210 CUSTOMS, INC. AND
CAMERON DAVIES,                                                    Appellants,

v.

TEXAS WORKFORCE
COMMISSION, GILBERT J.
DE LOS SANTOS, AND
RODOLFO LOPEZ,                                                     Appellees.

On appeal from the 274th District Court of
Comal County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, 2010 Customs, Inc. and Cameron Davies, have filed motion to dismiss

their appeal.   According to the motion, appellees, Texas Workforce Commission, Gilbert

J. De Los Santos, and Rodolfo Lopez, are unopposed to the motion to dismiss.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM


Delivered and filed the
6th day of June, 2013.

2